CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 2 1 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| ALLEN B. CABELL, | CIVIL ACTION NO. 6:03-CV-00080 |
| *Plaintiff,* |  |
| v. | ORDER |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on February 24, 2005, recommending that this Court enter an Order granting the Social Security Commissioner's Motion for Summary Judgment.

Plaintiff filed Objections to the Report and Recommendation on March 2, 2005. Said objections having been timely and appropriately lodged, this Court must undertake a *de novo* review of the case. *Orpiano v. Johnson*, 687 F.2d 44, 48 (4th Cir. 1982). After a thorough examination of the party's objections, the supporting memoranda, the applicable law, the documented record, and the Report and Recommendation, this Court overrules all objections.

Accordingly, it is this day ORDERED that the Report and Recommendation of the United States Magistrate Judge filed February 24, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: _____
U.S. District Court Judge

DATE: _____June 21, 2005_____